■ FLORENCE FORBES et al., Appellants, v. THEODORE L. RUBSAMEN & CO., INC., Respondent, et al., Defendant. FLORENCE FORBES et al., Appellants, v. THEODORE L. RUBSAMEN & CO., INC., Respondent, et al., Defendants.— In actions to recover damages for personal injuries and for medical expenses and loss of services, the appeals are from (1) an order dated July 7, 1955 denying a motion for leave to renew the motion to set aside an order of preclusion made in the first action above entitled; (2) an order dated August 17, 1955 insofar as it denies a motion to discontinue said action against respondent, and (3) an order dated October 25, 1955 granting a motion, under subdivision 3 of rule 107 of the Rules of Civil Practice, to dismiss the complaint in the second action above entitled as against respondent. Order dated August 17, 1955, insofar as appealed from, and orders dated July 7, 1955 and October 25, 1955 unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ GRANDVIEW CONSTRUCTION CORPORATION, Respondent, v. MARIANO LEPORE, Doing Business as ALBANY CEMENT FINISHING COMPANY, Appellant, et al., Defendant. (Action No. 1.) MARIANO LEPORE, Doing Business as ALBANY CEMENT FINISHING COMPANY, Appellant, v. GRANDVIEW CONSTRUCTION CORPORATION, Respondent. (Action No. 2.) — In September, 1955 respondent commenced action No. 1 in the Supreme Court, Westchester County, to recover damages for breach of contract. In April, 1956 appellant commenced Action No. 2 in the Supreme Court, Rensselaer County, for similar relief. Action No. 1 came on for trial in June, 1956 and was adjourned to September, 1956 by consent. By notice of motion dated June 22, 1956, respondent moved in Action No. 1 to consolidate the two actions for trial in Westchester County. Appellant cross-moved to transfer Action No. 1 from Westchester to Rensselaer County for trial, on the ground of convenience of witnesses. The appeal is from an order granting respondent's motion and denying appellant's cross motion. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ PHILIP GUTSTEIN, Appellant, v. FANNIE PRASHKIN et al., Defendants, and RAE HAUSER, Respondent.— In an action for partition, the appeal is from an order denying a motion to strike out two affirmative defenses and a defense and counterclaim set forth in respondent's answer. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.